1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

SAMUEL ELIAS VERDIN,       )   Case No. CV 08-7885 R(JC)
                          )
            Petitioner,   )   ORDER ADOPTING FINDINGS,
                          )   CONCLUSIONS, AND
       v.               )   RECOMMENDATIONS OF
                          )   UNITED STATES MAGISTRATE
M. SMELOSKY, Warden,     )   JUDGE
                          )
           Respondent.   )
_____

     Pursuant to 28 U.S.C. § 636, the Court has reviewed the Petition for Writ of
Habeas Corpus by a Person in State Custody (the "Petition"), all of the records
herein, and the attached Report and Recommendation of United States Magistrate
Judge.  The Court approves and adopts the United States Magistrate Judge's
Report and Recommendation.

     IT IS HEREBY ORDERED that Judgment be entered denying the Petition
and dismissing this action with prejudice.

/// 
/// 
/// 
///

1   IT IS FURTHER ORDERED that the Clerk serve copies of this Order, the
2   United States Magistrate Judge's Report and Recommendation, and the Judgment
3   herein on petitioner and on counsel for respondent.
4       LET JUDGMENT BE ENTERED ACCORDINGLY.
5
6   DATED: March 17, 2010
7
8   _____
9   HONORABLE MANUEL L. REAL
    UNITED STATES DISTRICT JUDGE
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

2