UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| SAMUEL ELIAS VERDIN, | ) | Case No. CV 08-7885 R(JC) |
| Petitioner, | ) | JUDGMENT |
| v. | ) | |
| M. SMELOSKY, Warden, | ) | |
| Respondent. | ) | |

Pursuant to this Court's Order Adopting Findings, Conclusions and Recommendations of United States Magistrate Judge,

IT IS ADJUDGED that the Petition for Writ of Habeas Corpus is denied and this action is dismissed with prejudice.

DATED: March 17, 2010

_____
HONORABLE MANUEL L. REAL
UNITED STATES DISTRICT JUDGE